191 F.2d 735
 UNITED STATES of America, Appellant,
v.
Brace BENNITT, Receiver. (In the Matter of Kepp Electric &
ManufacturingCompany, Debtor, No. 17286 In District Court.)
 No. 14371.
 United States Court of Appeals Eighth Circuit.
 Sept. 18, 1951.
 
 Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, Sp. Asst. to Atty. Gen., C. U. Landrum, U.S. Atty., Alex Dim, Asst. U.S. Atty., William P. Murphy, Asst. U.S. Atty., and Howard H. Gelb, Asst. U.S. Atty., all of St. Paul, Minn., for appellant.
 Charles H. Halpern and C. J. Wagner, Minneapolis, Minn., for appellee.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed, on stipulation of parties. 98 F.Supp. 51.